448 A.2d 1173

Commonwealth v. Snowden, Appellant.

Petition for Allowance of Appeal Denied Dec. 6, 1982.

 Submitted March 22, 1982. Douglas W. Herman, Assistant Public Defender, for appellant; John R. Walker, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Judgment of sentence affirmed.